IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SUSANNA SCHAEFER, <br><br> Plaintiff, <br><br> v. <br><br> ATHENS DOWNTOWN DEVELOPMENT AUTHORITY, <br><br> Defendant. | Civil Action <br> File No.:   3:10-cv-00028-CDL |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Susanna Schaefer and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby files this Stipulation of Dismissal with Prejudice, consented to and signed by all parties who have appeared in this case, dismissing all claims against Defendant Athens Downtown Development Authority asserted in the above-styled civil action WITH PREJUDICE.  Each party agrees to bear their own costs of this action.

*(Signatures Continued on Next Page)*

- 2 -

Respectfully submitted this 15th day of November, 2011.

CONSENTED TO BY:

/S/ Susanna Schaef
SUSANNA C. SCHAEFER, *Pro Se*
247 Sunset Terrace
Athens, GA 30606
Phone: (706) 543-5497
Susanna706@msn.com

/S/ROBERT A. LUSKIN
ROBERT A. LUSKIN
GA State Bar No.: 004383
Email: rluskin@gmlj.com
KRISTY P. KRAMP
GA State Bar No.: 155074
Email: kkramp@gmlj.com

GOODMAN MCGUFFEY LINDSEY
  & JOHNSON LLP
Suite 2100, 3340 Peachtree Road, N.E.
Atlanta, Georgia 30326-1084
Phone: (404) 264-1500
Fax:    (404) 264-1737
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SUSANNA SCHAEFER,<br><br>Plaintiff,<br><br>v.<br><br>ATHENS DOWNTOWN<br>DEVELOPMENT AUTHORITY,<br><br>Defendant. | Civil Action<br>File No.:   3:10-cv-00028-CDL |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system.  I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participant:

>Ms. Susanna C. Schaefer
>247 Sunset Terrace
>Athens, GA 30606

This 15th day of November, 2011.

>/S/ KRISTY P. KRAMP
>KRISTY P. KRAMP
>GA State Bar No.  155074
>kkramp@gmlj.com
>Goodman McGuffey Lindsey & Johnson, LLP
>3340 Peachtree Road NE, Suite 2100
>Atlanta, GA 30326-1084
>Phone:  (404) 264-1500
>Fax:    (404) 264-1737

1000-2621/Doc ID #1582910.doc

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SUSANNA SCHAEFER,<br><br>Plaintiff,<br><br>v.<br><br>ATHENS DOWNTOWN DEVELOPMENT AUTHORITY,<br><br>Defendant. | Civil Action<br>File No.:   3:10-cv-00028-CDL |

**CERTIFICATE OF COMPLIANCE**

The foregoing document is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

*s/Kristy P. Kramp*
Kristy P. Kramp
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone: (404) 264-1500
Fax:    (404) 264-1737
Email: kkramp@gmlj.com